**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN SHAPIRO, | Case No. 1:25-cv-01859-JLT-SKO |
| Plaintiff, | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS WITHOUT LEAVE TO AMEND |
| v. | |
| JOY CAMPANELLI, | (Doc. 4) |
| Defendant. | |

On December 18, 2025, the assigned magistrate screened the complaint filed in this matter and issued findings and recommendations that the case be dismissed because it is frivolous. (Doc. 4 at 5.)  The magistrate granted Plaintiff twenty-one days from the date of service to file any objections to the recommendations of the magistrate judge.  (*Id.*)  In addition, the magistrate advised plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).)  Thus, due to service by mail, any objections were due no later than January 21, 2026.  *See* Fed. R. Civ. Proc. 6(d).  To date, no objections have been filed.[1]  (*See* Docket.)

---

[1] When served at Plaintiff's address of record, the magistrate's December 18, 2025 findings and recommendations was returned as undeliverable on February 6, 2026.  (*See* Docket.)  Local Rule 183(b) provides that:

A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

According to 28 U.S.C. § 636(b)(l)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the matter, the Court Concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court ORDERS:

1. The findings and recommendations issued on December 15, 2025, (Doc. 4), are **ADOPTED IN FULL**;

2. This action is **DISMISSED** without prejudice; and

3. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE

L.R. 183(b).  Although more than thirty days have passed since the order was returned as undeliverable, Plaintiff has not contacted the Court to provide a current address or to request an extension.

2